XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
PREETI K. BAJWA, State Bar No. 232484
JEREMY DUGGAN, State Bar No. 229854
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-6008
  Fax:  (916) 324-5205
  E-mail:  Jeremy.Duggan@doj.ca.gov
*Attorneys for Defendants*
*Diaz and Lynch*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **FERNANDO SAMANIEGO,**<br><br>                  Plaintiff,<br><br>v.<br><br>**CDCR, et al.,**<br><br>                  Defendants. | Case No. 2:19-cv-02606 TLN KJN<br><br>**STIPULATION FOR INITIAL EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING**<br><br>Judge:        The Honorable Kendall J. Newman<br>Action Filed:  December 24, 2019 |

/ / /

/ / /

/ / /

The parties stipulate under Local Rule 144(a) to an initial extension of time for Defendants Diaz and Lynch to respond to the complaint in this matter. Those Defendants shall have until March 25, 2020 to respond. The parties have not previously sought an extension of time to this deadline and the extension of time is no more than twenty-eight days.

Dated:  February 21, 2020                                   Law Offices of Mark A. Redmond

*/s/ Mark A. Redmond*
*(as authorized on 2/21/2020)*

Mark A. Redmond, Esq.
*Attorneys for Plaintiff*
*Fernando Samaniego*

Dated:  February 21, 2020                                   XAVIER BECERRA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General

*/s/ Jeremy Duggan*

JEREMY DUGGAN
Deputy Attorney General
*Attorneys for Defendants*
*Diaz and Lynch*

SA2020100725
14451554.docx

# CERTIFICATE OF SERVICE

Case Name:   **Fernando Samaniego v. CDCR, et al.**     No.    **2:19-cv-02606 TLN KJN**

I hereby certify that on February 21, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **STIPULATION FOR INITIAL EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 21, 2020, at Sacramento, California.

|  M. Garcia  |  */s/ M. Garcia*  |
|:---:|:---:|
| Declarant | Signature |

SA2020100725
14452413.docx