UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FERNANDO SAMANIEGO,

    Plaintiff,

v.

CA. DEPT. of CORRECTIONS AND REHABILITATION ("CDCR"), et al,

    Defendants.

No. 2:19-cv-02606-TLN-KJN

**ORDER**

    Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On January 16, 2020, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

    The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed January 16, 2020, are adopted in full;

1

2. Defendants CDCR and CSP-SAC are dismissed with prejudice;

3. Plaintiff's claims against Defendants Secretary Ralph Diaz and Acting Warden Jeff Lynch in their official capacities are dismissed with prejudice; and

4. Plaintiff's due process claims are dismissed without prejudice.

Dated: March 6, 2020

Troy L. Nunley
United States District Judge