XAVIER BECERRA, State Bar No. 118517
Attorney General of California
DAMON G. MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
PREETI K. BAJWA, State Bar No. 232484
JEREMY DUGGAN, State Bar No. 229854
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6008
  Fax: (916) 324-5205
  E-mail: Jeremy.Duggan@doj.ca.gov
*Attorneys for Defendants*
*Diaz and Lynch*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FERNANDO SAMANIEGO,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:19-cv-02606 TLN KJN<br><br>**DEFENDANTS LYNCH AND DIAZ'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:　　　　April 23, 2020<br>Time:　　　　10:00 a.m<br>Courtroom:　25, 8th Floor<br>Judge:　　　The Honorable Kendall J. Newman<br>Trial Date:　Not set<br>Action Filed: December 24, 2019 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 23, 2020, at 9:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 25 of the above entitled court, located at 501 I Street, Sacramento, CA 95814, before the Honorable Kendall J. Newman, Defendants Lynch and Diaz will move, under Federal Rule of Civil Procedure 12(b)(6), for dismissal of Plaintiffs' complaint on the grounds that Plaintiff failed to allege sufficient facts to state a 42 U.S.C. § 1983 claim, and moving Defendants are entitled to qualified immunity to Plaintiff's claims.

///

1

Defs. Diaz and Lynch's Notice of Mot. to Dismiss Pl.'s Compl. (2:19-cv-02606 TLN KJN)

Please take further notice that, in accordance with the Eastern District of California's General Order 612, the matter will be decided on the papers, unless the assigned Judge believes a hearing is necessary, in which case the hearing will be by telephone or videoconference.

The motion is based on this notice, the memorandum of points and authorities and all documents attached thereto, the pleadings, records and files in this action, and such other matters as may properly come before the Court.

Dated:  March 24, 2020                                   Respectfully submitted,

XAVIER BECERRA
Attorney General of California
DAMON G. MCCLAIN
Supervising Deputy Attorney General
PREETI BAJWA
Deputy Attorney General

*/s/ Jeremy Duggan*

JEREMY DUGGAN
Deputy Attorney General
*Attorneys for Defendants
Diaz and Lynch*

SA2020100725
14524364.docx

2

Defs. Diaz and Lynch's Notice of Mot. to Dismiss Pl.'s Compl.  (2:19-cv-02606 TLN KJN)