UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO SAMANIEGO, | No. 2:19-cv-2606 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| CA. DEPT. of CORRECTIONS AND REHABILITATION ("CDCR"), et al, | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding through counsel. On April 13, 2020, the parties filed a stipulation to extend the deadline to respond to defendants' motion to dismiss. (ECF No. 10.) Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall have up to and including May 14, 2020, to file an opposition or responsive pleading to defendants' motion to dismiss (ECF No. 8).

Dated: April 15, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/sama2606.stip