UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO SAMANIEGO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CA. DEPT. of CORRECTIONS AND REHABILITATION ("CDCR"), et al,<br><br>　　　　　　Defendants. | No. 2:19-cv-2606 TLN KJN P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding through counsel, filed this civil rights action seeking relief under 42 U.S.C. § 1983. On July 30, 2020, the parties filed a stipulation extending deadlines for briefing on defendants' motion to dismiss. Good cause appearing, and upon stipulation of the parties (ECF No. 19), IT IS HEREBY ORDERED that:

　　1. Plaintiff's opposition to defendants' motion to dismiss is due on or before August 28, 2020; and

　　2. Defendants' reply is due on or before September 11, 2020.

Dated: August 2, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/sama2606.eot

1