UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO SAMANIEGO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-2606 TLN KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding through counsel. On March 31, 2021, the district court denied defendants' motion to dismiss filed by defendants Ramirez, Parsons, and Spangler. (ECF No. 26.)

Accordingly, IT IS HEREBY ORDERED that defendants Ramirez, Parsons, and Spangler shall file a responsive pleading within thirty days from the date of this order.

Dated: April 2, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/sama2606.ans

1