CHARLES CARBONE, ESQ. (SBN 206536)
PRISONER RIGHTS ATTORNEY
LAW OFFICE
PO BOX 2809
SAN FRANCISCO, CA 94126
TELEPHONE: (416) 981-9773
EMAIL: CHARLES@CHARLESCARBONE.COM

Mark A. Redmond, Esq. (SBN 161520)
LAW OFFICES OF MARK A. REDMOND, P.C.
656 5th Ave. Suite R
San Diego, Ca 92101
Telephone: (916) 444-8240

Attorney for Plaintiff, FERNANDO SAMANIEGO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

FERNANDO SAMANIEGO,

Plaintiff,

vs.

CDCR, et al.,

Defendants.

Case No.: 2:19-cv-02606 TLN KJN

**MARK A. REDMOND'S EX PARTE APPLICATION TO WITHDRAW AS COUNSEL FOR PLAINTIFF; [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW**

Judge: The Honorable Kendall J. Newman
Date:
Time:

Application is hereby made by Mark A. Redmond, of The Law Offices of Mark A. Redmond, P.C., for an order to withdraw as counsel for Plaintiff FERNANDO SAMANIEGO pursuant to Rules of Professional Conduct, Rule 6.1 and in compliance with CAL. R. PROF. CONDUCT 3-700.

**MEMORANDUM OF POINTS AND AUTHORITIES**

This civil action was filed on behalf of then CDCR inmate Plaintiff FERNANDO SAMANIEGO. (Declaration of Mark A. Redmond "Redmond Decl.", ¶ 1.) To date legal representation for plaintiff has been provided by two independent legal counsel working at two separate law offices. (Redmond Decl., ¶ 1.) One of plaintiff's counsel, attorney Mark A. Redmond brings this motion to withdraw as counsel.

Plaintiff's other legal counsel, Mr. Carbone has agreed to continue representation of Plaintiff. (Redmond Decl., ¶ 2.) Mr. Carbone has twenty-one years of experience as a California attorney. (Redmond Decl., ¶ 2.) Plaintiff FERNANDO SAMANIEGO will not be left without legal counsel.

Withdrawal is governed by the California Rules of Professional Conduct. *Nehad v. Mukasey*, 535 F.3d 962, 970 (9th Cir. 2008) (applying California Rules of Professional Conduct to withdrawal by attorney). The court has discretion to grant or deny a motion to withdraw, and it can exercise that discretion, and decide to deny such a motion, "where such withdrawal would work an injustice or cause undue delay in the proceeding." *Gong v. City of Alameda*, Case No. 03-cv-5495 TEH, 2008 WL 160964, at *1 (N.D. Cal. Jan. 8, 2008) (internal citation and quotations omitted).

Plaintiff's attorney Mark A. Redmond cannot ethically recite with specificity the reasons for seeking withdrawal, consistent with his obligations under the Rules of Professional Conduct, Rule 6.1. However, counsel believes the withdrawal is warranted Under Rule 1.16(b)(4), in that the Plaintiff has rendered it unreasonably difficult to carry out the representation effectively. (Redmond Decl., ¶ 3.)

Additionally, withdrawal is warranted under Rule 1.16(b)(7), in that there exists an inability to work with co-counsel such that it is in the best interests of the client that attorney Mark A. Redmond be permitted to withdraw. (Redmond Decl., ¶ 4.)

There are no immediate deadlines pending in the case. (Redmond Decl., ¶ 5.) Written discovery has just begun with request having been propounded by plaintiff. Redmond Decl., ¶ 5.) No depositions or motions are pending. (Redmond Decl., ¶ 5.) No prejudice or delay will accrue by granting the subject request.

THEREFORE, Mark A. Redmond respectfully requests that this Court grant him leave to withdraw as counsel in the above captioned matter and enter an order stating that Mark A. Redmond has so withdrawn. This ex parte application has been served on all counsel electronically and upon Plaintiff FERNANDO SAMANIEGO by US Mail. (Redmond Decl., ¶ 6.)

LAW OFFICES OF MARK A. REDMOND, PC

Dated: October 21, 2021   By: /s/ *Mark A. Redmond*
                                 Mark A. Redmond, Esq.
                                 Attorney for Plaintiffs

## DECLARATION OF MARK A. REDMOND

1. This civil action was filed on behalf of then CDCR inmate Plaintiff FERNANDO SAMANIEGO. Plaintiff's legal representation has been by two independent legal counsel working at two separate law offices. Those two Plaintiff's counsels have included Charles Carbone of the Law Offices of Charles Carbone based in San Francisco and Mark A. Redmond of the Law Offices of Mark A. Redmond, P.C. based in San Diego.

2. Plaintiff's counsel Charles Carbone has agreed to continue to represent Plaintiff FERNANDO SAMANIEGO. Mr. Carbone has twenty-one years of experience as a California attorney.

3. I cannot ethically recite with specificity the reasons for seeking withdrawal, consistent with my obligations under the Rules of Professional Conduct, Rule 6.1. However, I believe my withdrawal is warranted under Rule 1.16(b)(4), in that Plaintiff has repeatedly rendered it unreasonably difficult for me to carry out my representation effectively.

4. I cannot ethically recite with specificity the reasons for seeking withdrawal, consistent with my obligations under Rules of Professional Conduct, Rule 6.1. However, I believe my withdrawal is warranted under Rule 1.16(b)(7) in that I am unable to work further with co-counsel Charles Carbone and that the best interests of the client will be served by my withdrawal.

5. There are no immediate deadlines pending in the case and written discovery has only just begun with request being propounded by plaintiff. There are no depositions or motions are presently scheduled. No prejudice or delay will accrue to plaintiff by granting the subject request.

6. The subject ex parte application is being served electronically on all counsel and by mail to Plaintiff Fernando Samaniego at his current address 2511 W. Cedarwood Street, West Covina, CA 91790.

Dated: October 21, 2021     By: /s/ *Mark A. Redmond*
                            Mark A. Redmond, Esq.

**PROOF OF SERVICE**

The undersigned certifies that, on October 21, 2021, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

The undersign certifies that Plaintiff FERNANDO SAMANIEGO was served by mail at his current address 2511 W. Cedarwood Street, West Covina, CA 91790.

/s/ *Mark A. Redmond*
Mark A. Redmond

LAW OFFICES OF MARK A. REDMOND, PC
Mark A. Redmond, Esq. (SBN 161520)
656 5th Ave. Suite R
San Diego, CA 92101
Telephone: (916) 444-8240

Attorney for Plaintiff, FERNANDO SAMANIEGO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

FERNANDO SAMANIEGO,

Plaintiff,

vs.

CDCR, et al.,

Defendants.

Case No.: 2:19-cv-02606 TLN KJN

**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Judge: The Hon. Kendall J. Newman
Date:
Time:

Mark A. Redmond seeks to withdraw as counsel for Plaintiff in the above captioned litigation pursuant to LOCAL R. 182 (d) and CAL R. PROF. CONDUCT 3-700 C (1) (d), (e) and (f) and C (3). As this Court finds that Mr. Redmond has submitted satisfactory reasoning for withdrawal, and that the granting of his Motion will not cause substantial prejudice or delay to any party.

IT IS HEREBY ORDERED that Mark A. Redmond's Ex Parte Application to Withdraw as Counsel for Plaintiff is GRANTED, and Mark A. Redmond is hereby terminated as counsel for Plaintiff in this proceeding.

DATED: ________________ By: ________________________

Hon. Kendall J. Newman
United States District Court