UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO SAMANIEGO,<br><br>        Plaintiff,<br><br>    v.<br><br>CDCR, et al.,<br><br>        Defendants. | No. 2:19-cv-2606 TLN KJN P<br><br>ORDER AND REVISED SCHEDULING ORDER |

Plaintiff is a former state prisoner, proceeding without counsel. Plaintiff filed a motion for a six-month extension of time to file an amended complaint, conduct discovery, and obtain replacement counsel, and asks the court to order defendants to re-produce to plaintiff all discovery documents provided to former counsel. Fourteen days have passed, and counsel for defendants have not opposed the motion or otherwise responded. As discussed below, plaintiff's motion is partially granted.

Background

Plaintiff filed an amended complaint on June 16, 2020. (ECF No. 15.) On March 31, 2021, the district court adopted the February 17, 2021 findings and recommendations (ECF No. 23). (ECF No. 26.) Defendant Diaz was dismissed with prejudice; plaintiff's challenge based solely on the integration policy was dismissed with prejudice; defendants Lynch and Curry were dismissed without prejudice; the motion to dismiss defendants Ramirez, Parsons, and Spangler

1  was denied, the motion to dismiss plaintiff's failure to intervene claims was denied, and the
2  motion for qualified immunity as to defendants Ramirez, Parsons, and Spangler was denied
3  without prejudice. (ECF No. 26.)  On July 8, 2021, the court endorsed the parties' stipulated
4  protected order. (ECF No. 37.)  Pursuant to the parties' stipulation, the discovery and scheduling
5  order was modified on July 14, 2021. (ECF No. 39.)  The current discovery deadline is April 11,
6  2022, and the pretrial motion deadline is July 11, 2022. (ECF No. 49.)

7  Governing Standards

8       "The district court is given broad discretion in supervising the pretrial phase of litigation."
9  Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal
10 quotation marks omitted).  Rule 16(b) provides that "[a] schedule may be modified only for good
11 cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "The schedule may be modified
12 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'"
13 Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting
14 Johnson, 975 F.2d at 607).

15 Discussion

16      Plaintiff, a quadriplegic, was previously represented by counsel.  On January 11, 2022,
17 former counsel was relieved of such representation following a hearing held by Zoom.  While
18 plaintiff now claims that he was not given the complete file from his case once former counsel
19 was terminated (ECF No. 50 at 3), at the January 11, 2022 hearing, plaintiff confirmed that he had
20 received his client file from his attorneys. (ECF No. 48 at 3.)  Plaintiff complains that only
21 minimal discovery was done; however, at the time counsel withdrew, three months remained in
22 the discovery period.  Plaintiff is currently working on responses to discovery propounded by
23 defendants, and has been attempting to obtain new counsel.  Such efforts have been thwarted,
24 however, by his inability to provide documents previously produced through discovery.

25      The undersigned finds good cause to grant plaintiff's request for extension.  As to the
26 discovery documents, however, it is unclear what, if any, discovery documents were provided to
27 plaintiff's former counsel.  Therefore, counsel for defendants shall inform the court if they can
28 reproduce their discovery responses and send them to plaintiff.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 50) is partially granted.

2. The discovery deadline is extended to October 11, 2022.  Any motions necessary to compel discovery shall be filed by that date.  All requests for discovery pursuant to Federal Rules of Civil Procedure 31, 33, 34 or 36 shall be served not later than sixty days prior to that date.

3. All pretrial motions, except motions to compel discovery, shall be filed on or before January 11, 2023.  Unless otherwise ordered, all motions to dismiss, motions for summary judgment, motions concerning discovery, motions pursuant to Federal Rules of Civil Procedure 7, 11, 12, 15, 41, 55, 56, 59 and 60, and Local Rule 110, shall be briefed pursuant to Local Rule 230(l).  Failure to timely oppose such a motion may be deemed a waiver of opposition to the motion.  L.R. 230(l).  Unsigned affidavits or declarations will be stricken, and affidavits or declarations not signed under penalty of perjury have no evidentiary value.  Opposition to all other motions need be filed only as directed by the court.

4. All other terms of the June 25, 2021 discovery and scheduling order (ECF No. 36) remain in full force and effect.

5. Within fourteen days from the date of this order, counsel for defendants shall inform the court if they can reproduce their discovery responses and send them to plaintiff.

Dated:  March 25, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/sama2606.16b

3