UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO SAMANIEGO,<br><br>        Plaintiff,<br><br>    v.<br><br>CDCR, et al.,<br><br>        Defendants. | No. 2:19-cv-2606 TLN KJN P<br><br>ORDER GRANTING JOINT STIPULATION AND REVISED SCHEDULING ORDER |

      Plaintiff is a former state prisoner, proceeding through counsel. The parties filed a joint stipulation for plaintiff to file a second amended complaint and a joint motion to modify the scheduling order. As set forth below, the joint stipulation is approved, and the requests to file the amended complaint and modify the scheduling order are granted.

Governing Standards

      "The district court is given broad discretion in supervising the pretrial phase of litigation." Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal quotation marks omitted). Rule 16(b) provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting Johnson, 975 F.2d at 607).

<u>Discussion</u>

Plaintiff, a quadriplegic, was previously proceeding pro se. In April of 2022, new counsel appeared on behalf of plaintiff. (ECF Nos. 52, 53.) The parties have been diligently pursuing discovery, including scheduling/conducting depositions, and have stipulated to the filing of the second amended complaint and extending discovery and pretrial motion deadlines. The undersigned finds good cause to grant the joint stipulation.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file his second amended complaint no later than five days from the date of this order.

2. Defendants Ramirez, Spangler, and Albain shall file their responsive pleadings within thirty days from the date the second amended complaint is filed.

3. The deadline to serve written discovery is continued from August 12, 2022, to February 9, 2023.

4. The discovery deadline is continued from October 11, 2022, to April 11, 2023.

5. The deadline to file pretrial motions is continued from January 11, 2023, to July 11, 2023.

6. Except as specified herein, all other dates and deadlines operative as of the Court's scheduling orders (Doc. 36, 51) remain in unchanged and unaffected by this order.

Dated: August 24, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/sama2606.16b.r

2