UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO SAMANIEGO,<br><br>    Plaintiff,<br><br>    v.<br><br>CDCR, et al.,<br><br>    Defendants. | No. 2:19-cv-2606 TLN KJN P<br><br>ORDER GRANTING JOINT STIPULATION OF THE PARTIES TO DISMISS DEFENDANT CSP-SAC AND TO STRIKE ADA CLAIMS FOR INDIVIDUAL LIABILITY AGAINST DEFENDANTS RAMIREZ AND CURRY ONLY |

Plaintiff is a former state prisoner, proceeding through counsel. The parties filed a joint stipulation for plaintiff to dismiss defendant CSP-SAC (California State Prison, Sacramento) and to strike ADA claims for liability against defendants Ramirez and Curry only. Having reviewed the parties' joint stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

1. The joint stipulation (ECF No. 63) is approved;

2. The claims against defendant CSP-SAC are dismissed from this matter; and

3. The claims in the third cause of action for a violation of the ADA against defendants Curry and Ramirez are stricken from the second amended complaint (ECF No. 57).

Dated: November 9, 2022

/sama2606.stip2

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE