UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO SAMANIEGO,<br><br>    Plaintiff,<br><br>    v.<br><br>CDCR, et al.,<br><br>    Defendants. | No. 2:19-cv-2606 TLN KJN P<br><br><br><br>ORDER |

On November 18, 2022, the parties filed a joint stipulation to continue the briefing schedule on the pending motion to dismiss filed November 14, 2022 (ECF No. 65), and sought to have the case set for settlement conference. Good cause appearing, the stipulation is granted, and the case is set for settlement conference.

Accordingly, IT IS HEREBY ORDERED that:

1. The November 18, 2022 Stipulation (ECF No. 66) is granted.

2. Plaintiff shall file his opposition to the pending motion to dismiss (ECF No. 65) no later than fourteen (14) days after the completion of the settlement conference.

3. The moving defendants shall file their reply to plaintiff's opposition fourteen (14) days after plaintiff files an opposition.

4. All other dates remain unchanged.

////

5. This matter is set for settlement conference on January 13, 2023 at 9:00 a.m. before the undersigned. The settlement conference will take place by remote means (Zoom). The parties will receive instructions closer to the hearing date on how to appear for the settlement conference. The parties are instructed to have a principal with full settlement authority present for the settlement conference or to be fully authorized to settle the matter on any terms. The individual with full settlement authority to settle must also have unfettered discretion and authority to change the settlement position of the party, if appropriate. The purpose behind requiring attendance of a person with full settlement authority is that the parties' view of the case may be altered during the face-to-face conference. An authorization to settle for a limited dollar amount or sum certain can be found not to comply with the requirement of full authority to settle. The parties are directed to exchange non-confidential settlement conference statements seven days prior to the settlement conference by close of business. These statements shall be simultaneously delivered to the Court using the following email address: kjnorders@caed.uscourts.gov. Such statements should not be filed on the case docket. If a party desires to share additional confidential information with the Court, they may do so pursuant to the provisions of Local Rule 270(d) and (e). Parties shall file their waivers of disqualification no later than seven days prior to the date of the settlement conference.

Dated: November 28, 2022

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/sama2606.stip