UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO SAMANIEGO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, et al.,<br><br>　　　　　Defendants. | No.  2:19-cv-2606 TLN KJN P<br><br><br>ORDER |

　　　　On December 2, 2022, the parties filed a joint stipulation concerning briefing deadlines on the motion to dismiss filed November 14, 2022.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　　1. The December 2, 2022 stipulation (ECF No. 69) is granted.

　　　　2. Plaintiff may file an amended opposition to the pending motion to dismiss (ECF No. 65) no later than January 27, 2023.

　　　　3. The moving defendants shall file their reply to plaintiff's amended opposition fourteen (14) days after plaintiff files an amended opposition; if no amended opposition is filed, the reply shall be filed no later than February 10, 2023.

　　　　4. All other dates remain unchanged.

Dated:  December 7, 2022

/sama2606.ext

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE